IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHRISTOPHER LAMONT PENN,
TDCJ-CID No. 1847503,

       Plaintiff,

v.

BOBBY LUMPKIN, *et al.*,

       Defendants.

2:22-CV-89-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to grant Defendants' Motion for Summary Judgment (ECF No. 26). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Defendants' Motion for Summary Judgment on Plaintiff's claims is **GRANTED**.

       **SO ORDERED**.

       June 17, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE